**JS-6**

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

*In re: Donna M. Fletcher*

)
)
)
)

**CASE NO. CV 16-6165-GHK**

**JUDGMENT**

Pursuant to the Court's October 11, 2016 Order, IT IS HEREBY ADJUDGED that this Appeal is **DISMISSED**.

**IT IS SO ORDERED.**

DATED: October 11, 2016

_____
GEORGE H. KING
United States District Judge